IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANJANA A. DOSSA,

    Plaintiff,

vs.

Case No. 09-1292-JTM

DEPARTMENT OF THE AIR FORCE,
MICHAEL B. DONLEY, SECRETARY,

    Defendant.

MEMORANDUM AND ORDER

This is matter is before the court on the Department of the Air Force's Motion for Summary Judgment (Dkt. 20). The defendant's summary judgment motion was filed on March 21, 2011. On March 21, on plaintiff Anjana Dossa's request, the court extended the time for her response to the summary judgment motion until May 9, 2011. However, Dossa has failed to respond to the motion for summary judgment by that date, or in the six subsequent weeks.

Both for good cause shown and pursuant to D. Kan. R. 7.4, the defendant's Motion for Summary Judgment (Dkt. 20) is hereby granted. The present action is barred through the issue preclusive effect of prior litigation. *Dossa v. Department of the Air Force*, No. 06-1263-JTM. Further, the facts establish that plaintiff has not established a prima facie case of discrimination or retaliation, and in any event the Department had legitimate, non-pretextual reasons for its actions.

The defendant's additional Motion to Show Cause (Dkt. 25) — which has also received no response from Dossa — is denied as moot.

SO ORDERED this 27th day of June, 2011.

                                                s/ J. Thomas Marten
                                                J. THOMAS MARTEN, JUDGE